## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re:<br><br>QUALITY STORES, INC., *et al.*,<br><br>Debtors. | ) ) ) ) ) ) | Chapter 11<br><br>Case No. GG-01-10662<br>(Jointly Administered)<br><br>Hon. James D. Gregg |
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID C. BLISS, *et al.*,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding No.: 05-80071 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), as applied by Fed. R. Bankr. P. 7041, Plaintiff

Federal Insurance Company and Defendants David C. Bliss, Garry H. Brown, John W. Childs,

Richard C. Dresdale, Alan L. Fansler, Jack P. Feichter, Habib Y. Gorgi, John L. Hilt, Jerry D.

Horn, James F. Hurley, Peter Lamm, G. Dean Longnecker, David A. Maddox, Gregory A. Mann,

Wayne E. McCollum, James T. McKitrick, Thomas J. Reinebach, Craig L. Scarborough, Steven

G. Segal, Donald O. Shilstra, Jeffrey Stanton, Denny L. Starr, Adam L. Suttin, Jeffrey Swartz,

William A. Waack and William E. Watts stipulate to the dismissal, with prejudice, of all claims

in this action, with each party bearing its own attorneys' fees and costs.  A Proposed Order is

attached.

342048 v 2

Dated:  October 9, 2006

Respectfully submitted,

For Plaintiffs:

s/ Edith A. Landman

Edith A. Landman (P29409)
PLUNKETT & COONEY, P.C.
Bridgewater Place
333 Bridge N.W.
Suite 530
Grand Rapids, Michigan 49504
(616) 752-4600 (phone)
(616) 752-4607 (facsimile)

*Of Counsel:*

Merril Hirsh, admitted *pro hac vice*
Gabriela Richeimer, admitted *pro hac vice*
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C.  20006-1040
(202) 662-2000 (phone)
(202) 662-2190 (facsimile)

*Counsel for Plaintiff Federal Insurance
Company*

For Defendants:

James Frakie
FOSTER SWIFT COLLINS & SMITH
1700 East Beltine
Suite 200
Grand Rapids, MI 49525
(616) 726-2200

Randall W. Bodner
Gregory O. Kaden
ROPES & GRAY
One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Defendants Richard C. Dresdale*

*and Peter Lamm*

_____

Daniel F. Gosch
Erin Gravelyn
DICKINSON WRIGHT PLLC
200 Ottawa Avenue, N.W., Suite 900
Grand Rapids, MI 49525
(616) 458-1300

Eugene J. Frett
Greg Shinall
Celiza F. Braganaça
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
(312) 641-3200

*Counsel for Defendants David C. Bliss, Garry
H. Brown, John W. Childs, Alan L. Fansler,
Jack P. Feichter, Habib Y. Gorgi, John L. Hilt,
Jerry D. Horn, James F. Hurley, G. Dean
Longnecker, David A. Maddox, Gregory A.
Mann, Wayne E. McCollum, James T.
McKitrick, Craig L. Scarborough, Steven G.
Segal, Donald O. Shilstra, Jeffrey Stanton,
Denny L. Starr, Adam L. Suttin, Jeffrey Swartz,
William A. Waack and William E. Watts*

_____

Thomas J. Reinebach
26 Wade Drive
Summit, NJ 07901
(732) 734-1012