# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| QUALITY STORES, INC., *et al.*, | Case No. GG-01-10662 (Jointly Administered) |
| Debtors. | Hon. James D. Gregg |
| FEDERAL INSURANCE COMPANY, | |
| Plaintiff, | Adversary Proceeding No.: 05-80071 |
| vs. | |
| DAVID C. BLISS, *et al.*, | |
| Defendants. | |

## ORDER

The parties having stipulated to dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), as applied by Fed. R. Bankr. P. 7041, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, without costs to any party and with each party to bear its own attorneys' fees.

### END OF ORDER

Signed: October 13, 2006

Hon. James D. Gregg
United States Bankruptcy Judge